UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 3:06CV01101<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| KRYSTAL A. WEST<br>Plaintiff<br><br>vs.<br><br>PFIZER, INC., ET AL.<br>Defendants | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Comes now the Plaintiff, KRYSTAL A. WEST, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: August 20, 2009      By: _____
                                Attorneys for Plaintiff,
                                Krystal A. West

DATED: December 15, 2009    By: _____
                                DLA PIPER LLP (US)
                                1251 Avenue of the Americas
                                New York, NY 10020
                                Telephone: (212) 335-4500
                                Facsimile: (212) 335-4501
                                *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010

_____
Hon. Charles R. Breyer
United States District Court